928

No. 04–270. LATEEF v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–272. PARK v. STATE BAR OF CALIFORNIA ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 04–276. PEASLEY v. STATE BAR OF ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 04–290. MILLIGAN ET UX. v. EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–299. KOLKER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 04–309. NASS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–344. COTSWALD TRADING CO., LTD. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–348. GERARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–365. BOYKIN v. MINETA, SECRETARY OF TRANSPORTATION. C. A. 4th Cir. Certiorari denied.

No. 04–5064. HALL v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–5088. TAYLOR v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 04–5132. HAAS v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 04–5220. DELGADO-MORENO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5543. THOMAS v. WASHINGTON. Ct. App. Wash. Certiorari denied.